IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-486 (CBS)

KEVIN MAYS,

    Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,

    Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties Stipulated Motion to Withdraw September 28, 2005, Order on Summary Judgment from Publication, filed January 11, 2006. In the Motion, the parties state that this Court's September 28, 2005, Order denying Defendant's Motion for Summary Judgment can now be found on Westlaw at 2005 WL 2406108. The parties affirm that they have reached a settlement agreement of all claims in this case, and as part of the settlement agreement, Plaintiff agreed to join the Defendant in requesting that I withdraw the September 28, 2005, Order from publication. For the reasons stated below, the Motion is **DENIED AS MOOT**.

The Court's September 28, 2005, Order was never designated for official publication, despite the fact that a "slip copy" of the September 28, 2005, Order appears on Westlaw. It appears that Westlaw, of its own initiative, has posted a unofficial copy of the Order on its database. The Order is a public record and the Court

is without authority to request that the unofficial copy of the Order be removed from the Westlaw database. Therefore, it is hereby

ORDERED that the Stipulated Motion to Withdraw September 28, 2005, Order on Summary Judgment from Publication, filed January 11, 2006, is **DENIED AS MOOT**.

Dated: January 13, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge