IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00486-WYD-CBS

KEVIN MAYS,

    Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER is before the Court on the Stipulated Motion to Dismiss Action With Prejudice pursuant to Fed. R. Civ. 41, filed January 19, 2006.  The parties indicate in the Motion that they have reached a settlement as to all claims in this case.  Having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that the Stipulated Motion to Dismiss Action With Prejudice is **GRANTED**.  In accordance therewith, it is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear his/its own costs, attorneys' fees, and expenses.

Dated:  January 20, 2006

                                      BY THE COURT:
                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge